**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO LOPEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>COSTCO WHOLESALE CORP.,<br><br>          Defendant. | NO. 1:08-CV-0719-AWI-SMS<br><br>ORDER SHORTING TIME ON PLAINTIFF'S REQUEST TO CONTINUE THE TRIAL DATE |

   This action is set for trial to begin on February 23, 2010.  The court is set to hear motions in limine and conduct a trial confirmation hearing on February 8, 2010.  On January 8, 2010, Plaintiff filed a motion to continue the trial date.  Plaintiff set this motion to be heard on February 8, 2010.

   The court finds that the interests of justice would best be served by the court hearing Plaintiff's motion prior to hearing the motions in limine and conducting the trial confirmation hearing.

   Accordingly, the court ORDERS that Plaintiff's motion to continue the trial date SHALL be heard on January 25, 2010 at 2:00 p.m.  Defendant shall file any opposition to Plaintiff's motion by January 21, 2010.

IT IS SO ORDERED.

Dated:     January 15, 2010                        /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE