1  **ERIC P. ESCAMILLA #231859**
   **LAW OFFICE OF ERIC P. ESCAMILLA**
2  923 Van Ness Avenue, Suite 100
   Fresno, California 93701
3  Telephone:  (559) 485-2535
   Facsimile:  (559) 485-3303
4

5  **Attorney for Plaintiff:   MARIO LOPEZ**

**FILED**

FEB 18 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION
--oOo--

| | |
|---|---|
| MARIO LOPEZ,  Plaintiff, vs. COSTCO WHOLESALE CORPORATION and DOES 1 through 25, inclusive, Defendants. | Case No. 1:08:CV-00719-AWI-SMS  **STIPULATION AND (PROPOSED) ORDER OF DISMISSAL**  [Fed. Rule of Civil Proc. 41(a)(1)(ii)] |

### STIPULATION FOR DISMISSAL

Plaintiff MARIO LOPEZ and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel, hereby stipulate that the above captioned action be and hereby is dismissed with prejudice, each side to bear its own costs and attorney's fees.

///
///
///
///
///
///
///
///

Stipulation of Dismissal - Page 1

1  DATED: February 17, 2010					LAW OFFICE OF ERIC P. ESCAMILLA

							/s/ Eric P. Escamilla
							ERIC P. ESCAMILLA
							Attorney for Plaintiff
							MARIO LOPEZ

6  DATED: February 17, 2010					SEYFARTH SHAW LLP


							/s/ Mark P. Grajski, Esq.
							MARK P. GRAJSKI
							LINDSAY FITCH
							Attorneys for Defendant
							COSTCO WHOLESALE CORPORATION

**IT IS SO ORDERED.**

DATED: 2-18-10

							HONORABLE ANTHONY W. ISHII
							United States District Court Judge

Stipulation of Dismissal - Page 2